IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY ANDRIECHACK,

Plaintiff,

vs.

Civil Action No.: 06-653
Judge LANCASTER

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

ORDER

NOW this 17th day of Nov, 2006, it is hereby

ORDERED that the above titled matter is DISMISSED.

US District Judge